IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:13-CV-315-BO

JOHN B. LASCHKEWITSCH as administrator )
for the Estate of Ben Laschkewitsch, )
)
Plaintiff, )
)
v. )
)
LINCOLN LIFE AND ANNUITY )
DISTRIBUTORS, INC., d/b/a/ LINCOLN )
FINANCIAL GROUP, INC., )
)
Defendant. )

**O R D E R**

This matter is before the Court on plaintiff's emergency motion to stay judgment. This

motion was originally docketed, along with plaintiff's notice of removal of a matter pending in

Cumberland County Superior Court, in case number 5:15-MC-10-RJ. Upon review, and it

appearing that the emergency motion to stay is applicable to the instant matter, the Court

considers the motion.

Plaintiff requests an emergency stay of the judgment entered in this matter on September

16, 2014, pending the Court's ruling on plaintiff's motion to alter or amend judgment. The

Court has ruled on plaintiff's motion to alter or amend and has denied plaintiff the relief he

requested. [DE 120]. Review of plaintiff's emergency motion reveals no alternate reason to stay

this Court's judgment. Accordingly, plaintiff's motion for emergency stay is moot and is denied

as such.

## CONCLUSION

For the foregoing reasons, plaintiff's emergency motion to stay judgment [DE 121] is

DENIED AS MOOT.


SO ORDERED, this __4/__ day of February, 2015.


_____

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

2