IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:13-CV-315-BO

JOHN B. LASCHKEWITSCH as administrator )
for the Estate of Ben Laschkewitsch, )
 )
    Plaintiff, )
 )
v. ) **ORDER**
 )
LINCOLN LIFE AND ANNUITY )
DISTRIBUTORS, INC., d/b/a/ LINCOLN )
FINANCIAL GROUP, INC., )
 )
    Defendant. )

This matter is before the Court on plaintiff's *pro se* motion to quash non-party pre-hearing subpoena [DE 130]. In his motion, plaintiff seeks to quash a subpoena issued to defendant by Transamerica Life Insurance in an arbitration proceeding against plaintiff in Los Angeles, California.

Though Transamerica's subpoena is directed at the defendant in this civil matter, plaintiff's motion to quash is unrelated to this closed civil proceeding which is now on appeal in the Fourth Circuit Court of Appeals. For this reason, the Clerk of Court is DIRECTED to remove the motion to quash and related filings from this docket and to re-file them as a miscellaneous case for adjudication.

SO ORDERED, this the ⟨22⟩ day of June, 2015.

                                        /s/ Terrence W. Boyle
                                        TERRENCE W. BOYLE
                                        UNITED STATES DISTRICT JUDGE